NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERESA GAFFNEY, individually; )
and SARAH K. SUSSMAN, )
individually and as trustee of the )
Sussman Family Trust Living Trust, )
u/a/d January 19, 2012, )
)
       Appellants, )
)
v. )      Case No. 2D17-4238
)
PHILLIP A. BAUMANN, )
Administrator Ad Litem of the )
Estate of John J. Gaffney, deceased, )
)
       Appellee. )
_____)

Opinion filed February 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Sarah C. Pellenbarg and Ceci
Culpepper Berman, of Brannock &
Humphries, Tampa, for Appellants.

Michael R. Kangas, BaumannKangas
Estate Law, Tampa, for Appellee.

PER CURIAM.

       Affirmed.


LaROSE, C.J., and KELLY, J., and LENDERMAN, JOHN C., ASSOCIATE SENIOR
JUDGE, Concur.